Nielsen against the Norwegian American Seamen's Association. No opinion. Motion granted.

NIMS v. MERRITT et al. (Supreme Court, Appellate Division, Fourth Department. January 23, 1900.) Action by Alvin F. Nims against Edward A. Merritt and others. No opinion. Motion for leave to appeal to the court of appeals denied, with $10 costs. See 60 N. Y. Supp. 549.

O'BRIEN et al. v. MAYOR, ETC., OF CITY OF NEW YORK. (Supreme Court, Appellate Division, Third Department. September, 1899.) Action by John O'Brien and another against the mayor, aldermen, and commonalty of the city of New York. No opinion. Motion granted, and question certified as stated in memorandum per curiam.

O'CONNELL et al., Respondents, v. O'BRIEN et al., Appellants. (Supreme Court, Appellate Division, First Department. February 16, 1900.) Action by William O'Connell and another against John E. O'Brien and another, impleaded, etc. D. Daly, for appellants. M. D. Steuer, for respondents. No opinion. Judgment affirmed, with costs.

In re ORR et al. (Supreme Court, Appellate Division, First Department. January 19, 1900.) In the matter of Alexander E. Orr and others. No opinion. Application granted.

OTT, Appellant, v. FYANS et al., Respondents. (Supreme Court, Appellate Division. Second Department. January 23, 1900.) Action by Henry Ott against Annie E. Fyans and others. No opinion. Appeal dismissed by default, with $10 costs.

PADDACK, Appellant, v. STATE, Respondent. (Supreme Court, Appellate Division, Third Department. January 8, 1900.) Action by Simon D. Paddack against the state of New York. No opinion. Judgment affirmed, with costs.

PALMER, Respondent, v. BOARD OF EDUCATION OF CITY OF NEW YORK et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 9, 1900.) Action by A. Emerson Palmer against the board of education of the city of New York and others. No opinion. Reargument ordered for the third Monday of the present term (January 22, 1900), on the question whether injunction is the proper remedy. See White v. Berry, 171 U. S. 366, 18 Sup. Ct. 917, 43 L. Ed. 199.

PATTERSON, Respondent, v. BURGESS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. February 13, 1900.) Action by Ida Patterson against John Burgess and another, as administrators, etc.

PER CURIAM. Judgment modified, by deducting from the damages the sum of $6, and by striking out all the disbursements except the stenographers' fees, to wit, the sum of $34.60, and, as thus modified, affirmed, without costs of this appeal to either party.

PAUL, Appellant, v. PAUL, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 22, 1899.) Action by Kitryne G. Paul against Edward M. Paul. No opinion. Order filed with the clerk appointing a referee to take evidence as to the matters relating to the appeal.

PEOPLE, Respondent, v. ALLEN, Appellant. (Supreme Court, Appellate Division, First Department. January 12, 1900.) Proceedings by the people, etc., against Sadie Allen. L. Lowenstein, for appellant. C. E. Le Barbier, for the People. No opinion. Judgment affirmed.

PEOPLE v. AMERICAN CASUALTY INS. & SEC. CO. (Supreme Court, Appellate Division, Third Department. January 8, 1900.) Proceedings by the people of the state of New York against the American Casualty & Security Company. No opinion. Order affirmed, with $10 costs and disbursements. All concur, except HERRICK, J., who dissents.

PEOPLE, Respondent, v. BENEDICT, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 16, 1900.) Proceedings by the people of the state of New York against Charles Benedict.

PER CURIAM. Judgment of conviction affirmed, and the proceedings remitted to the county court, pursuant to section 547 of the Code of Criminal Procedure. Held that the evidence clearly establishes the guilt of the defendant, and that no errors appear to have been committed upon the trial, to the substantial prejudice of the defendant, calling for a reversal of the judgment of conviction.

PEOPLE, Respondent, v. BOYLAN, Appellant. (Supreme Court, Appellate Division, First Department. January 12, 1900.) Proceedings by the people, etc., against James A. Boylan. L. C. Van Boren, for appellant. C. E. Le Barbier, for the People. No opinion. Judgment affirmed.

PEOPLE, Appellant, v. BUFFALO FISH CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 22, 1899.) Proceedings by the people against the Buffalo Fish Company. No opinion. Interlocutory judgment affirmed, with costs, on the opinion of LAMBERT, J., delivered at special term. 62 N. Y. Supp. 543.

PEOPLE v. BUFFALO FISH CO., Limited. (Supreme Court, Appellate Division, Fourth Department. February 16, 1900.) Proceedings by the people of the state of New York against the Buffalo Fish Company, Limited. No opinion. Motion for reargument denied, without costs. Motion for leave to appeal to the court of appeals granted, and the order, together with the question or questions to be certified to that court, to be settled by Mr. Justice McLENNAN, upon two days' notice. See 62 N. Y. Supp. 543.

PEOPLE, Appellant, v. CONKLIN, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 30, 1900.) Pro-

ceedings by the people of the state of New York against John E. Conklin. No opinion. Judgment affirmed, with costs, on opinion of SPRING, J., in case of same plaintiff against Haskell (Sup.) 62 N. Y. Supp. 654.

PEOPLE, Respondent, v. HAWKES et al., Appellants. (Supreme Court, Appellate Division, Second Department. February 2, 1900.) Proceedings by the people of the state of New York against Madeline Hawkes and others.

PER CURIAM. Judgment reversed, and new trial granted in the court of special sessions. Money paid in satisfaction of fines ordered to be restored to appellants, upon condition that they appear before the trial court and comply with any order which it may make in the premises.

PEOPLE v. HAWKES et al. SAME v. NORMAN. SAME v. McDONALD. (Supreme Court, Appellate Division, Second Department. January 16, 1900.) Proceedings by the people of the state of New York against Madeline Hawkes, Richard Hawkes, Albert Norman, and Charles McDonald.

PER CURIAM. The convictions in these cases cannot be reversed, even upon the consent of the district attorney, without proof by affidavit that the facts in each case bring it within the principle of our decision in the case of People v. Reed (Sup.) 61 N. Y. Supp. 520. This proof should be submitted to the present district attorney, who is entitled to notice of the application.

PEOPLE, Respondent, v. McADAMS, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 13, 1900.) Proceedings by the people of the state of New York against Henry McAdams. No opinion. Judgment of conviction affirmed, and proceedings remitted to the county court, pursuant to section 547 of the Code of Criminal Procedure. All concur, except ADAMS, P. J., not voting.

PEOPLE, Respondent, v. McDONALD, Appellant. (Supreme Court, Appellate Division, Second Department. February 2, 1900.) Proceedings by the people of the state of New York against Charles McDonald.

PER CURIAM. Judgment reversed, and new trial granted in the court of special sessions. Money paid in satisfaction of fine ordered to be restored to appellant, upon condition that he appear before the trial court and comply with any order which it may make in the premises.

PEOPLE v. MAURO. (Supreme Court, Appellate Division, First Department. February 16, 1900.) Proceedings by the people of the state of New York against Vincenzo Mauro. No opinion. Motion granted.

PEOPLE, Respondent, v. NIEMANN, Appellant. (Supreme Court, Appellate Division, First Department. January 12, 1900.) Proceedings by the people, etc., against Netti Niemann. A. Rosenthal, for appellant. C. E. Le Barbier, for the People. No opinion. Judgment affirmed.

PEOPLE, Respondent, v. NORMAN, Appellant. (Supreme Court, Appellate Division, Second Department. February 2, 1900.) Proceedings by the people of the state of New York against Albert Norman.

PER CURIAM. Judgment reversed, and new trial granted in the court of special sessions. Money paid in satisfaction of fine ordered to be restored to appellant, upon condition that he appear before the trial court and comply with any order which it may make in the premises.

PEOPLE v. PECK. (Supreme Court, Appellate Division, First Department. February 16, 1900.) Proceedings by the people of the state of New York against Ellen E. Peck. No opinion. Motion granted.

PEOPLE v. ST. NICHOLAS BANK. (Supreme Court, Appellate Division, First Department. January 12, 1900.) Proceedings by the people, etc., against the St. Nicholas Bank. No opinion. Motion denied, with $10 costs.

PEOPLE, Respondent, v. TOLEDO, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 13, 1900.) Proceedings by the people of the state of New York against Lena Toledo. No opinion. Judgment of conviction affirmed, and case remitted to the county court, pursuant to section 547 of the Code of Criminal Procedure.

PEOPLE, Respondent, v. YORAN et al., Appellants. (Supreme Court, Appellate Division, Third Department. September, 1899.) Action by the people of the state of New York against Edward Yoran and others. Edward and William Yoran appeal from judgments of conviction of burglary. Judgment of conviction reversed, and a new trial ordered.

PER CURIAM. The conviction in this case rests upon the testimony of a confessed accomplice of the defendants. Testimony was given by other witnesses, but it fails to corroborate the accomplice in any of his testimony connecting the defendants with the crime, or identifying them as associated with him. The majority of the court think a new trial should be granted. One member of the court thinks that, as the defendants were entitled to an acquittal upon the evidence, they should not again be put in jeopardy.

PEOPLE ex rel. BINKOWSKI v. WILLIAMS et al. (Supreme Court, Appellate Division, Fourth Department. January 23, 1900.) Proceedings by the people, on the relation of Thomas A. Binkowski, etc., against Alexander Williams, Sr., mayor, etc., and others. No opinion. Motion to dismiss writ of certiorari granted, with $25 costs and disbursements.

PEOPLE ex rel. BURR v. BOARD OF SUP'RS OF BROOME COUNTY. (Supreme Court, Appellate Division, Third Department. January 23, 1900.) Proceedings by the people, on the relation of Daniel S. Burr, against the board of supervisors of Broome county. No opinion. Determination of board of supervisors confirmed, with $50 costs and disbursements. All concur, except SMITH, J., who dissents. See 60 N. Y. Supp. 1145.